Rebecca C. Padilla, SBN: 248605
**POTTER, COHEN, SAMULON**
**& PADILLA**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile:  (626) 795-0725
E-mail: rpadilla@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUSEBIO DIAZ JAIMES,<br><br>　　　Plaintiff,<br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　Defendant | Case No.:  5:20-cv-01515-SHK<br><br>**{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

**IT IS ORDERED** that the Commissioner shall pay the amount of $5,000.00 (Three Thousand Dollars and No Cents) for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: 02/18/2022

_____
HON. SHASHI KEWALRAMANI
United States Magistrate Judge

-1-